UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case no. 4:08-cr-00193-SNLJ |
| | ) | |
| MILIA MCDANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on defendant's motion to proceed *in forma pauperis* on appeal and for appointment of counsel on appeal [Doc. 63] and motion to stay restitution payment obligation pending appeal [Doc. 62]. Defendant appeals [Doc. 61] the Court's denial of her motion to modify the restitution payment schedule [Doc. 60]. It is not apparent that defendant seeks appellate review of any issue that is not frivolous and, therefore, the Court finds that the appeal is not taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the motion to proceed *in forma pauperis*.

Additionally, the Court will deny the motion to stay restitution payments pending appeal. Defendant's request for appointment of counsel on appeal must be filed with the Eighth Circuit Court of Appeals. The motion is, therefore, denied in this Court.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to proceed *in forma pauperis* on appeal and for appointment of counsel on appeal [Doc. 63] is **DENIED**.

**IT IS FURTHER ORDERED** that defendant's motion to stay restitution payment obligation pending appeal [Doc. 62] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

**SO ORDERED** this 10th day of September, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE